IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Pauline Davis, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00528 |
| v. | : | Judge Marbley |
| Whetstone Garden Care Center, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Pauline Davis brings this action arising out of the termination of her employment.  This matter is before the Court on Magistrate Judge Abel's June 15, 2012 Initial Screening Report and Recommendation recommending dismissal of the complaint (doc. 3).  No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Initial Screening Report and Recommendation. This action is hereby **DISMISSED**.

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge